IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RONALD PARKER LITTLE,         )
                              )
    Petitioner,                )
                              )    CIVIL ACTION NO.
    v.                         )     2:22cv300-MHT
                              )          (WO)
UNITED STATES OF AMERICA       )
and DAVID POTTS, Director      )
of RRM Montgomery,             )
                              )
    Respondents.               )
```

**ORDER**

In this habeas case filed under 28 U.S.C. § 2241, petitioner has filed a combined supplemental motion and motion for status (Doc. 22). Petitioner's supplemental motion is considered a request that the court alter the terms of his supervised release based on his post-sentencing rehabilitation and application of additional good-time credits he contends he should be awarded under the First Step Act.

Upon consideration of petitioner's motions, it is ORDERED that:

(1) The supplemental motion is denied because a motion for modification of the terms of supervised release must be filed with the sentencing court and therefore is not appropriate for review in this proceeding. *See Burkey v. Marberry*, 556 F.3d 142, 149 (3d Cir. 2009) (explaining that the sentencing court may use its discretion to modify the length of a defendant's term of supervised release under 18 U.S.C. § 3583(e), and denying petitioner's request for what would amount to an advisory opinion to the sentencing court on the issues raised in the habeas petition). If petitioner seeks modification to the conditions of his supervised release, he may file an appropriate request with the sentencing court under 18 U.S.C. § 3583(e).

(2) Petitioner's motion for status (Doc. 22) is granted as follows. Petitioner is advised this case is pending before the court on his petition for habeas corpus relief, respondents' answer with supplement, and petitioner's response. No additional pleadings are necessary. This matter is pending on the court's

docket with many other actions filed before and after this case, and action on the petition will be undertaken in due course as permitted by the court's schedule. Petitioner will be advised once the court reaches a disposition of the issues.

DONE, this the 11th day of July, 2024.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE